UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 APR -9 A 11: 18

CLERK
SO. DIST. OF GA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. CR211-4 |
| ) | |
| CHARLES HUDSON ) | |

## ORDER

On, April 9, 2013, the undersigned conducted a Preliminary Revocation Hearing, pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, so as to determine whether there is probable cause to believe that Defendant Charles Hudson violated the terms of his supervised release as alleged. Defendant was given prior notice of the preliminary hearing and its purpose and of the alleged violations. He appeared at said hearing with counsel and was afforded the opportunity to question the witness called against him. He presented evidence in his own behalf.

The testimony presented at said hearing established that probable cause exists to believe that Defendant violated the conditions of his supervised release, as alleged in the petition.

Accordingly, it is hereby **ORDERED** that Defendant Charles Hudson be held for a revocation hearing.

**SO ORDERED**, this 9th day of April, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)